HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
RACHELLE BARBOUR, State Bar #185395
Attorney
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorneys for Defendant
MARIO LOPEZ-PARA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO LOPEZ-PARA,<br><br>Defendant. | No. 2:14-cr-000191-LKK<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Dated: September 16, 2014<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |
|---|---|

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CHRISTIAAN HIGHSMITH, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, attorney for Defendant, MARIO LOPEZ-PARA, that the status conference set for Tuesday, August 19, 2014 be continued to Tuesday, September 16, 2014 at 9:15 a.m.

The reason for this continuance is that defense counsel needs additional time to review provided discovery, conduct defense investigation, and discuss the case with Mr. Lopez-Para and the government. The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

//

//

-1-

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for September 16, 2014, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED:  August 15, 2014            HEATHER E. WILLIAMS
                                   Federal Defender

                                   /s/ Rachelle Barbour
                                   RACHELLE BARBOUR
                                   Attorney for Defendant


DATED:  August 15, 2014            BENJAMIN WAGNER
                                   United States Attorney

                                   /s/ Rachelle Barbour for
                                   CHRISTIAAN HIGHSMITH
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, up to and including September 16, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare).  It is further ordered that the August 19, 2014 status conference shall be continued until September 16, 2014, at 9:15 a.m.

DATED: August 18, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT